PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Corey Alston**                                                                 Docket No. **21-11087M**

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW STEPHANIE NERI PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Corey Alston**, who was placed under pretrial release supervision by the **HONORABLE ANDRE M. ESPINOSA** sitting in the Court at **50 Walnut Street, Newark, New Jersey**, on **April 30, 2022**, under the following conditions:

**1. Travel restricted to New Jersey unless approved by Pretrial Services.**
**2. Surrender passport and travel documents and do not apply for new documents.**
**3. Maintain residence with Sharene Alston or a residence approved by Pretrial Services.**
**4. May not return to or reside at the Ramada Inn in East Orange, New Jersey.**
**5. The defendant shall report to the United States Marshals Services for processing.**

      Respectfully presenting petition for action of Court and for cause as follows:

PRAYING THAT THE COURT WILL ORDER **a Bail Violation Hearing upon the defendant's release from custody.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this ___5th___ day of __August__, 2022 and ordered filed and made a part of the records in the above case. | Executed on _____8/4/22_____ |
|     S/André M. Espinosa<br>_____<br>Honorable André M. Espinosa<br>U.S. Magistrate Judge | s/Stephanie Neri<br>_____<br>Stephanie Neri<br>U.S. Pretrial Services Officer |

\* Bail review hrg. scheduled for 8/11/2022 at 11::30 AM via Zoom, link to  be sent seperately.